# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

## ATTORNEYS AT LAW

600 THIRD AVENUE, NEW YORK, N.Y. 10016
212 593-6700
FAX: 212 593-6970

MEMBERS OF THE FIRM

| | | | PETER J. FAZIO |
|---|---|---|---|
| MARK J. AARONSON | MICHAEL M. FUTTERMAN | LAWRENCE W. ROSENBLATT | (212) 593-5458 |
| LARRY D. BLOOMSTEIN | ANDREW I. KAPLAN | CAROL E. RUSSELL | PJFAZIO@ARFD.COM |
| NEIL F. BRENES | STEVEN Z. KRONOVET | BARBARA A. RYAN | |
| RICHARD V CAPLAN | PHILIP D. LERNER | BARRY M. SCHREIBER | |
| ROBERT J. CECALA | NICHOLAS J. MAROTTA | DAWN C. SHAPIRO | |
| ROBERT S. DEUTSCH | DAVID A. MAYERI | SAMUEL J. SHAPIRO | |
| THERESA M. DI MARTINO | ROBERT S. MELNICK | ALISON R. SHIELDS | |
| PETER J. FAZIO | DANIEL NESSIM | NANCY A. STEPROE | |
| MARK B. FEINSTEIN | NANCY L. PENNIE | ELLIOTT J. ZUCKER | |
| CRAIG P. FENNO | JAY A. RAPPAPORT | | |

March 18, 2011

**VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attention: Honorable Rosanne Mann, United States Magistrate Judge

> *The stipulation of discontinuance shall be filed by April 1, 2011.*
>
> SO ORDERED
> /s/
> Roanne L. Mann
> U.S. Magistrate Judge
> Dated: 3/21/11

RE: MOHAMMAD BAHRAM and PARVINDER K. CHAWLA
v. FORD MOTOR COMPANY
Civil Action No.:   10-CV-3131
Our File No.: 5000-324

Dear Magistrate Mann:

Our office represents the interest of Ford Motor Company in the above referenced matter. Please allow this correspondence to serve as a status update since our March 17, 2011 correspondence.

At approximately 4:00pm today I received an email from plaintiffs' counsel requesting that I forward his correspondence onto the Court. Specifically, plaintiffs' counsel wrote:

"Your Honor,

Thank you for the opportunity to seek alternate legal representation for the plaintiff. We have not been successful in finding such a representative and hereby agree to send a stipulation of discontinuance as soon as possible.

I am sorry I am a day late in sending the report. I have been very ill and was not able to timely reply.

Stuart Babitch"

{00973551.PDF }

973035v.1